## IN THE MATTER OF BECK.

### (SUPREME COURT DISCIPLINARY NO. 90)

PER CURIAM.

Respondent, on a formal complaint for disbarment, was charged with violating State Bar Rule 4-102 Standard 66 in that he was sentenced on a nolo contendere plea in U. S. District Court, Northern District of Georgia, to a criminal indictment alleging violation of 18 USCA 1006 and 1014 during February and March, 1975. The Special Master dismissed the disbarment proceedings for failure to state a claim. The State Bar Disciplinary Board remanded the case to the Special Master for additional evidence. Thereafter respondent petitioned for voluntary discipline of reprimand. The Special Master recommended a private reprimand. The State Bar Disciplinary Board recommends a public reprimand. After a review of the record, the State Bar Disciplinary Board's recommendation is approved and a public reprimand is ordered.

*All the Justices concur.*

DECIDED APRIL 9, 1981.

*Omer W. Franklin, Jr., General Counsel State Bar, James E. Spence, Jr., Assistant General Counsel State Bar, Victor Alexander, Jr., Assistant General Counsel State Bar,* for State Bar of Georgia. *Sartain & Carey, Jack M. Carey,* for Beck.